# NORTHSIDE HOSPITAL

Northside Hospital, Inc.
1000 Johnson Ferry Road NE
Atlanta, GA 30342-1611

**Pay Statement**

| | |
|---|---|
| Period Start Date | 04/09/2023 |
| Period End Date | 04/22/2023 |
| Pay Date | 04/28/2023 |
| Document | 54701698 |
| **Net Pay** | **$222.74** |

## Pay Details

**DOTTIE M MCCOY**
170 MARTIN CIRCLE
LAWRENCEVILLE, GA 30046
USA

| | | | |
|---|---|---|---|
| Employee Number | 659062 | Location | GA-Northside Hospital |
| SSN | XXX-XX-XXXX | Entity | 40 - GWINNETT DULUTH |
| Job | MONITOR TECH II | Division | DPC - Duluth Patient Care |
| Pay Rate | $21.22 | Department | 406350 - 6350D ICU/IMCU DULUTH |
| Pay Frequency | Biweekly | Pay Rule | 2 - 0-40 Regular Employee |

## Earnings

| Pay Type | Week | Job | Department | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 1 | MONITOR TECH II | 6350D ICU/IMCU DULUTH | 11.5000 | $21.22 | $244.03 | $1,002.65 |
| Hol half time | | | | 0.0000 | $0.00 | $0.00 | $111.41 |
| Holiday Pay | | | | 0.0000 | $0.00 | $0.00 | $222.81 |
| W/E Day Dif Hol | | | | 0.0000 | $0.00 | $0.00 | $16.03 |
| W/E Eve Dif Hol | | | | 0.0000 | $0.00 | $0.00 | $12.18 |
| Wkday Eve Diff | 1 | MONITOR TECH II | 6350D ICU/IMCU DULUTH | 4.2500 | $1.20 | $5.10 | $15.30 |
| Wkend Day Diff | | | | 0.0000 | $0.00 | $0.00 | $13.25 |
| Wkend Eve Diff | | | | 0.0000 | $0.00 | $0.00 | $8.12 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B* | Yes | $7.32 | $30.08 | $3.66 | $15.04 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $3.62 | $20.33 |
| Social Security Employee Tax | $15.45 | $86.91 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 13.0975 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx9714 | Checking | $222.74 |
| Total | | $222.74 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $249.13 | $241.81 | $19.07 | $7.32 | **$222.74** |
| YTD | $1,401.75 | $1,371.67 | $107.24 | $30.08 | $1,264.43 |

vsn 20220519

# Northside Hospital

Northside Hospital, Inc.
1000 Johnson Ferry Road NE
Atlanta, GA 30342-1611

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/12/2023 |
| Period End Date | 03/25/2023 |
| Pay Date | 03/31/2023 |
| Document | 54653543 |
| **Net Pay** | **$232.24** |

## Pay Details

**DOTTIE M MCCOY**
170 MARTIN CIRCLE
LAWRENCEVILLE, GA 30046
USA

| | | | |
|---|---|---|---|
| Employee Number | 659062 | Location | GA-Northside Hospital |
| SSN | XXX-XX-XXXX | Entity | 40 - GWINNETT DULUTH |
| Job | MONITOR TECH II | Division | DPC - Duluth Patient Care |
| Pay Rate | $21.22 | Department | 406350 - 6350D ICU/IMCU DULUTH |
| Pay Frequency | Biweekly | Pay Rule | 2 - 0-40 Regular Employee |

## Earnings

| Pay Type | Week | Job | Department | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 1 | MONITOR TECH II | 6350D ICU/IMCU DULUTH | 12.0000 | $21.22 | $254.64 | $758.62 |
| Hol half time | | | | 0.0000 | $0.00 | $0.00 | $111.41 |
| Holiday Pay | | | | 0.0000 | $0.00 | $0.00 | $222.81 |
| W/E Day Dif Hol | | | | 0.0000 | $0.00 | $0.00 | $16.03 |
| W/E Eve Dif Hol | | | | 0.0000 | $0.00 | $0.00 | $12.18 |
| Wkday Eve Diff | 1 | MONITOR TECH II | 6350D ICU/IMCU DULUTH | 4.2500 | $1.20 | $5.10 | $10.20 |
| Wkend Day Diff | | | | 0.0000 | $0.00 | $0.00 | $13.25 |
| Wkend Eve Diff | | | | 0.0000 | $0.00 | $0.00 | $8.12 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B* | Yes | $7.64 | $22.76 | $3.82 | $11.38 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $3.76 | $16.71 |
| Social Security Employee Tax | $16.10 | $71.46 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 13.0975 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx9714 | Checking | $232.24 |
| Total | | $232.24 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $259.74 | $252.10 | $19.86 | $7.64 | **$232.24** |
| YTD | $1,152.62 | $1,129.86 | $88.17 | $22.76 | $1,041.69 |

vsn 20220519

**Northside Hospital**

Northside Hospital, Inc.
1000 Johnson Ferry Road NE
Atlanta, GA 30342-1611

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/26/2023 |
| Period End Date | 03/11/2023 |
| Pay Date | 03/17/2023 |
| Document | 54629522 |
| **Net Pay** | **$227.49** |

## Pay Details

**DOTTIE M MCCOY**
170 MARTIN CIRCLE
LAWRENCEVILLE, GA 30046
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 659062 | Location | GA-Northside Hospital |
| SSN | XXX-XX-XXXX | Entity | 40 - GWINNETT DULUTH |
| Job | MONITOR TECH II | Division | DPC - Duluth Patient Care |
| Pay Rate | $21.22 | Department | 406350 - 6350D ICU/IMCU DULUTH |
| Pay Frequency | Biweekly | Pay Rule | 2 - 0-40 Regular Employee |

## Earnings

| Pay Type | Week | Job | Department | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 1 | MONITOR TECH II | 6350D ICU/IMCU DULUTH | 11.7500 | $21.22 | $249.34 | $503.98 |
| Hol half time | | | | 0.0000 | $0.00 | $0.00 | $111.41 |
| Holiday Pay | | | | 0.0000 | $0.00 | $0.00 | $222.81 |
| W/E Day Dif Hol | | | | 0.0000 | $0.00 | $0.00 | $16.03 |
| W/E Eve Dif Hol | | | | 0.0000 | $0.00 | $0.00 | $12.18 |
| Wkday Eve Diff | 1 | MONITOR TECH II | 6350D ICU/IMCU DULUTH | 4.2500 | $1.20 | $5.10 | $5.10 |
| Wkend Day Diff | | | | 0.0000 | $0.00 | $0.00 | $13.25 |
| Wkend Eve Diff | | | | 0.0000 | $0.00 | $0.00 | $8.12 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B* | Yes | $7.48 | $15.12 | $3.74 | $7.56 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $3.69 | $12.95 |
| Social Security Employee Tax | $15.78 | $55.36 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 13.0975 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx9714 | Checking | $227.49 |
| Total | | $227.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $254.44 | $246.96 | $19.47 | $7.48 | **$227.49** |
| YTD | $892.88 | $877.76 | $68.31 | $15.12 | $809.45 |

vsn 20220519

**Northside Hospital**

Northside Hospital, Inc.
1000 Johnson Ferry Road NE
Atlanta, GA 30342-1611

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/12/2023 |
| Period End Date | 02/25/2023 |
| Pay Date | 03/03/2023 |
| Document | 54605811 |
| **Net Pay** | **$247.26** |

## Pay Details

**DOTTIE M MCCOY**
170 MARTIN CIRCLE
LAWRENCEVILLE, GA 30046
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 659062 | Location | GA-Northside Hospital |
| SSN | XXX-XX-XXXX | Entity | 40 - GWINNETT DULUTH |
| Job | MONITOR TECH II | Division | DPC - Duluth Patient Care |
| Pay Rate | $21.22 | Department | 406350 - 6350D ICU/IMCU DULUTH |
| Pay Frequency | Biweekly | Pay Rule | 2 - 0-40 Regular Employee |

## Earnings

| Pay Type | Week | Job | Department | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular | 2 | MONITOR TECH II | 6350D ICU/IMCU DULUTH | 12.0000 | $21.22 | $254.64 | $254.64 |
| Hol half time | | | | 0.0000 | $0.00 | $0.00 | $111.41 |
| Holiday Pay | | | | 0.0000 | $0.00 | $0.00 | $222.81 |
| W/E Day Dif Hol | | | | 0.0000 | $0.00 | $0.00 | $16.03 |
| W/E Eve Dif Hol | | | | 0.0000 | $0.00 | $0.00 | $12.18 |
| Wkend Day Diff | 2 | MONITOR TECH II | 6350D ICU/IMCU DULUTH | 7.7500 | $1.70 | $13.25 | $13.25 |
| Wkend Eve Diff | 2 | MONITOR TECH II | 6350D ICU/IMCU DULUTH | 4.2500 | $1.91 | $8.12 | $8.12 |

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 403B* | Yes | $7.64 | $7.64 | $3.82 | $3.82 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Employee Medicare | $4.00 | $9.26 |
| Social Security Employee Tax | $17.11 | $39.58 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 13.0975 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxxxx9714 | Checking | $247.26 |
| Total | | $247.26 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $276.01 | $268.37 | $21.11 | $7.64 | **$247.26** |
| YTD | $638.44 | $630.80 | $48.84 | $7.64 | $581.96 |

vsn 20220519

04/21/2023

Dottie McCoy                                                                                          **866.50

*****Eight hundred sixty-six and 50/100

Dottie McCoy
170 Martin Cir
Lawrenceville GA 30046

| **EMPLOYER** | **PAY PERIOD** | |
|---|---|---|
| LifeHope Health System | Period Beginning | 04/01/2023 |
| 11680 Great Oaks Way | Period Ending: | 04/14/2023 |
| Alpharetta GA 30022 | Pay Date: | 04/21/2023 |
| | Total Hours: | 42.45 |

**EMPLOYEE**
Dottie McCoy
170 Martin Cir
Lawrenceville GA 30046

| **BENEFITS** | **Used** | **Available** | **NET PAY:** | **$866.50** |
|---|---|---|---|---|
| Paid time off | 0.00 | 0.00 | | |

**MEMO:**

| **PAY** | **Hours** | **Rate** | **Current** | **YTD** | **DEDUCTIONS** | **Current** | **YTD** |
|---|---|---|---|---|---|---|---|
| Regular Pay | 42.45 | 23.00 | 976.35 | 976.35 | | | |

| **TAXES** | | **Current** | **YTD** |
|---|---|---|---|
| Federal Income Tax | | 0.00 | 0.00 |
| Social Security | | 60.53 | 60.53 |
| Medicare | | 14.16 | 14.16 |
| GA Income Tax | | 35.16 | 35.16 |

| **SUMMARY** | **Current** | **YTD** |
|---|---|---|
| Total Pay | $976.35 | $976.35 |
| Taxes | $109.85 | $109.85 |
| Deductions | $0.00 | $0.00 |

**Net Pay**      **$866.50**

05/05/2023

Dottie McCoy  **1,257.88

*****One thousand two hundred fifty-seven and 88/100

Dottie McCoy
170 Martin Cir
Lawrenceville GA 30046

**EMPLOYER**
LifeHope Health System
11680 Great Oaks Way
Alpharetta GA 30022

| **PAY PERIOD** | |
|---|---:|
| Period Beginning | 04/15/2023 |
| Period Ending: | 04/28/2023 |
| Pay Date: | 05/05/2023 |
| Total Hours: | 62.10 |

**EMPLOYEE**
Dottie McCoy
170 Martin Cir
Lawrenceville GA 30046

| **BENEFITS** | **Used** | **Available** |
|---|---:|---:|
| Paid time off | 0.00 | 0.00 |

**NET PAY:**          $1,257.88

**MEMO:**

| **PAY** | **Hours** | **Rate** | **Current** | **YTD** |
|---|---:|---:|---:|---:|
| Regular Pay | 62.10 | 23.00 | 1,428.30 | 2,404.65 |

| **DEDUCTIONS** | **Current** | **YTD** |
|---|---:|---:|

| **TAXES** | **Current** | **YTD** |
|---|---:|---:|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 88.56 | 149.09 |
| Medicare | 20.71 | 34.87 |
| GA Income Tax | 61.15 | 96.31 |

| **SUMMARY** | **Current** | **YTD** |
|---|---:|---:|
| Total Pay | $1,428.30 | $2,404.65 |
| Taxes | $170.42 | $280.27 |
| Deductions | $0.00 | $0.00 |

**Net Pay**          **$1,257.88**